IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINK FLOYD (1987) LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>  Defendants. | Case No.: 1:18-cv-3996<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Michael T. Mason |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendants, identified in the Amended Schedule A:

| DEFENDANT NO. | DEFENDANT NAME |
|:---:|:---:|
| 46 | mall24h |

| | |
|---|---|
| DATED:  August 14, 2018 | Respectfully submitted,<br><br>*/s/ Yanling Jiang*<br>Yanling Jiang (Bar No. 6309336)<br>JiangIP LLC<br>233 South Wacker Drive, 84th Floor<br>Chicago, Illinois 60606<br>Telephone: 312-283-8091<br>Email: yanling@jiangip.com<br><br>Keith A. Vogt (Bar No. 6207971)<br>Keith Vogt, Ltd.<br>1033 South Blvd., Suite 200<br>Oak Park, Illinois 60302<br>Telephone: 708-203-4787<br>E-mail:  keith@vogtip.com<br><br>***ATTORNEYS FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 14, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Yanling Jiang*
Yanling Jiang, Esq.