**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Pink Floyd (1987) Limited
v.

The Partnerships and Unincorporated Associations as Identified on Schedule A

USDC Case Number: 1:18-cv-03996

Judge: Honorable Robert W. Gettleman

**Notice of Removal of Material from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Pink Floyd (1987) Limited.

| | | |
|---|---|---|
| 07/11/2018 | 26 | SURETY BOND in the amount of $ 10,000.00 posted by Pink Floyd (1987) Limited. (Document not scanned) (ph, ) (Entered: 07/11/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: ______________________

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct 16 . 2026